DOCKETED
OCT 0 2 2003

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

VINCENTE HERNANDEZ

FILED
SEP 3 0 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE LEVIN

CRIMINAL COMPLAINT

CASE NUMBER:

**03CR0933**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 26, 2003,__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant did, (Track Statutory Language of Offense)

knowingly and intentionally possess with intent to distribute approximately seven and one-half kilograms of a controlled substance, namely mixtures containing heroin, a Schedule I Narcotic Drug Controlled Substance;

in violation of Title __21__ United States Code, Section __841(a)(1)__.

I further state that I am a __DEA Special Agent__ and that this complaint is based on the following
Official Title

facts (See attached affidavit):

Continued on the attached sheet and made a part hereof: __X__ Yes ___ No

Signature of Complainant
DEA Special Agent Eric D. Williams

Sworn to before me and subscribed in my presence,

SEP 3 0 2003
Date

at __Chicago, Illinois__
City and State

Ian H. Levin
Magistrate-Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

```
STATE OF ILLINOIS      )
                       )  SS
COUNTY OF COOK         )
```

## AFFIDAVIT

I, Eric D. Williams, being duly sworn on oath, depose and state as follows:

1. I am currently employed as a Special Agent with the Drug Enforcement Administration ("DEA") and have been so employed for approximately eight years. I am an investigative and law enforcement officer of the United States, empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in the Comprehensive Drug Abuse Prevention and Controlled Substances Act of 1970, Title 21, United States Code, Section 801 et seq.

2. The information contained in this affidavit is based on my participation in the investigation, law enforcement records, my training and experience, and discussions with witnesses and other federal, state and local law enforcement personnel involved in the investigation. The information contained in the affidavit is provided as an account of incidents that transpired in or about September 26, 2003. It does not include all the information that I have concerning this investigation.

3. On September 26, 2003, a Chicago Police Department ("CPD") officer conducted a traffic stop on a vehicle, driven by Vincente HERNANDEZ ("HERNANDEZ"), for a violation of Illinois'

obstruction of license plate law. During the traffic stop, the CPD officer obtained from Hernandez consent to search the vehicle. A search of HERNANDEZ's vehicle resulted in the seizure of approximately $32,500.00 USC. Investigators also requested and obtained from HERNANDEZ consent to search his residence, located at 5328 N. Sawyer, Chicago, IL. HERNANDEZ told law enforcement officers that approximately four kilograms of heroin were located in the residence along with approximately three weapons. During the search of the residence, investigators found approximately four and one-half kilograms of mixtures which were field tested by the CPD and found to contain heroin. The heroin was found in various forms including powder, pellets, chalk, small pellets the size of coffee beans, and wax-covered pellets normally associated with heroin couriers or "swallowers." A back room of the residence contained two mechanical presses, which appeared to be the devices used to compress the heroin into a chalk-like form. It appears that these presses were used to produce pellets of a consistent quality and weight in an effort to simplify heroin distribution. Also seized from this residence were three handguns and an Uzi, a rapid fire multiple shot weapon, which had been modified and converted from a rifle.

4. Investigators also obtained from HERNANDEZ consent to search the 2nd floor apartment of a residence located at 5526 N. Sawyer, Chicago, Illinois. HERNANDEZ told law enforcement

officers that approximately $31,000 USC in drug proceeds was located in the 2nd floor apartment at the residence located at 5526 N. Sawyer, Chicago, Illinois. A search of this 2nd floor apartment resulted in the seizure of approximately $31,000.00 USC.

5. HERNANDEZ provided consent to search a third residence located at 5312 N. Sawyer Avenue, Chicago, IL. HERNANDEZ told law enforcement officers that approximately three kilograms of heroin were located at that location. A search of 5312 North Sawyer, Chicago, Illinois revealed 3 bags of mixtures which were field tested by the CPD and found to contain heroin, contained in an open safe, and a third mechanical press, which appeared to be a tool which could be used to compress heroin into pellets for distribution. Each bag of heroin found at this residence contained approximately one kilogram of heroin.

_____
Special Agent Eric D. Williams
Drug Enforcement Administration


Subscribed and sworn to before
me the  30   day of September, 2003.

_____
Ian H. Levin
United States Magistrate Judge