UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
vs. ) Cause No: 03 CR 933
)
VINCENTE HERNANDEZ )

## MOTION TO SUPPRESS EVIDENCE

Now comes the defendant, VINCENTE HERNANDEZ, by his attorney, FRANK P. KOSTOUROS, ANDREOU & CASSON, LTD., and moves this Honorable Court to quash arrest and suppress from introduction into evidence the direct and indirect products of said arrest.

1. On September 26, 2003, petitioner was arrested at or near the intersection of Bryn Mawr and Kedzie, Chicago, Cook County, Illinois.

2. The arrest was a seizure as contemplated by the 4th Amendment to the United States Constitution.

3. The 4th Amendment of the United States Constitution guarantees the right of persons to be secure from unreasonable searches and seizures of their persons, houses, papers and effects.

4. The Exclusionary Rule prohibits the introduction into evidence of the direct and indirect products of unreasonable searches and seizures. Mapp v. Ohio, 367 U.S. 643 (1961); Wong Sun v. U.S., 371 U.S. 471 (1963).

5. The arrest of petitioner was made without authority of a valid search or arrest warrant. Payton v. N.Y., 445 U.S. 573 (1980).

6.  The conduct of petitioner prior to his arrest was such as would not reasonably be interpreted by the arresting officers as constituting probable cause that petitioner had committed or was about to commit a crime.

7.  Subsequent to petitioner's arrest he was searched, photographed, fingerprinted and otherwise processed, questioned and exhibited by the police.

8.  During the arrest and subsequent detention, the police and prosecution became aware of the existence of the physical evidence, witnesses, and other evidence all the direct and indirect fruits of the arrest and detention, which connect petitioner with a crime.

9.  As a result of the arrest, the prosecution has acquired knowledge that it intends to employ in the prosecution of this cause in violation of the Fourth Amendment of the United States Constitution.

WHEREFORE, petitioner respectfully moves this Honorable Court to quash his arrest because of the absence of authority or probable cause to effect it and to suppress from introduction into evidence the following:

A. Physical evidence discovered directly and indirectly as a result of the arrest, detention and interrogation;

B. All statements, utterances, reports or gestures and responses by petitioner during the detention following the arrest ;

C. Any custodial or out of court identification of the petitioner;

D. Witnesses who viewed petitioner during the detention following the arrest, as well as witnesses discovered as a result of the arrest, provided that petitioner has the right to call said witnesses to testify for the purposes of protecting his Constitutional Rights;

E. Photographs, fingerprints, and other information, the product of the processing of petitioner following his arrest, and the fruits thereof, including consent to search forms;

F. All other knowledge and the fruits thereof, witnesses, statements, whether written, oral or gestural and physical evidence which is the direct and indirect product of the arrest.

G. An evidentiary hearing allowing the Defendant to present further evidence and argument in support of his motion.

Respectfully submitted,

_____
Frank P. Kostouros
Attorney for Vincente Hernandez
Andreou & Casson, Ltd.
332 S. Michigan Avenue
Suite 1144
Chicago, IL 60604
(312)935-5130