# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cause No: 03 CR 933 |
| ) | |
| VINCENTE HERNANDEZ ) | |

## NOTICE OF MOTION

TO:   JOHN H. NEWMAN
      Assistant United States Attorney
      219 South Dearborn, Room 500
      Chicago, Illinois 60604

PLEASE BE ADVISED that on the 26th day of March, 2004, at 9:00 a.m., we will appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the United States District Court, Northern District of Illinois, Eastern Division, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the attached **MOTION TO DISCLOSE INTENT TO USE EVIDENCE OF OTHER CRIMES, WRONGS AND BAD ACTS.**

Frank P. Kostouros
ANDREOU & CASSON, LTD.
332 South Michigan Ave., Suite 1144
Chicago, Illinois 60604
(312) 935-2000

## PROOF OF SERVICE

I, Frank P. Kostouros, an attorney, on oath affirm that all parties of record have been provided copies of this Notice of Motion and both above-named documents, by depositing same in the U.S. Mail located at Chicago, Illinois 60604, before 5:00 p.m. on this 11th day of March, 2004.

[X] Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

                                                    Frank P. Kostouros

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
vs. ) Cause No: 03 CR 933
)
VINCENTE HERNANDEZ )

**MOTION TO DISCLOSE GOVERNMENT'S INTENT TO USE EVIDENCE OF OTHER CRIMES, WRONGS AND BAD ACTS**

Now comes the Defendant, by counsel, and pursuant to Fed.R.Crim.Pro. 12(d)(2) and F.R.E. 104(a) and (c), moves for an order directing the Government to give timely and immediate notice of its intention to use at trial either in its case in chief, during cross-examination of a defendant, or in its rebuttal case, the following:

1. Evidence of "other crimes, wrongs or acts" of any defendant as that term is used in F.R.E. 404(b). In regard to said notice, the Defendant requests that the Government identify and describe:

   (a) the dates, times, places and persons involved in said other crimes, wrongs or acts;

   (b) the statements of each participant in said other crimes, wrongs or acts;

   (c) the documents that contain or other evidence of said other crimes, wrongs or acts, including when the documents were prepared, who prepared the documents and who has possession of the documents; and

   (d) the issue or issues on which the Government believes such other crimes, wrongs or acts evidence is relevant within F.R.E. 404(b).

2. Evidence of "specific instances of conduct" of any defendant as that term is used in F.R.E. 608(b). In regard to said notice, the defendant requests that the Government identify and describe:

(a) the dates, times, places and persons involved in said specific acts of misconduct;

(b) the statements of each participant in said specific acts of misconduct;

(c) the documents that contain, or evidence of, said specific acts of misconduct, including when the documents were prepared, who prepared the documents, and who has possession of the documents.

3. The issues raised by production of such crimes, wrongs or acts are of an evidentiary nature and, therefore, may be determined at the Court's discretion preliminarily and outside the hearing of the jury. See Fed.R.Crim.Pro 12, Notes of Advisory Committee (1974); F.R.E. 104(c).

Respectfully submitted,

Frank P. Kostouros

Attorney for Vincente Hernandez
Andreou & Casson, Ltd.
332 S. Michigan Avenue
Suite 1144
Chicago, IL 60604
(312)935-5130

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cause No: 03 CR 933 |
| ) | |
| VINCENTE HERNANDEZ ) | |

## ORDER

This matter coming on to be heard upon Defendant Hernandez's Motion to Disclose Government's Intention to Use Evidence of Other Crimes, Wrongs or Acts, the Court being duly advised in the premises now GRANTS the Defendant's Motion and orders the attorney of the Government to file a proffer of evidence with the Court with citation to the specific evidence it intends to offer as evidence at trial pursuant to F.R.E. 404(b) and designating the purpose for which the evidence is offered. The Government shall file its proffer on or before the _____ day of _____, 2004.

SO ORDERED

_____
Hon. Elaine Bucklo
United States District Court Judge