UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cause No: 03 CR 933 |
| ) | |
| VINCENTE HERNANDEZ ) | |

### MOTION FOR PRODUCTION OF DEFENDANT'S AND CO-CONSPIRATORS' STATEMENTS

Now comes the Defendant, Vincente Hernandez, by counsel, and petitions the court to compel the Government to produce statements made by the Defendant and any co-defendant in the above captioned cause pursuant to Fed.R.Crim.Pro 12(b) and 16 and F.R.E. 104(a) and in support thereof requests disclosure of the following:

1. Any and all statements made or given by the Defendant, Vincente Hernandez, whether made or given in custody or prior to detention.

2. Any and all statements made or given by Jeffrey Cubera, whether made or given in custody or prior to detention.

3. Any and all investigatory notes taken or maintained by law enforcement in relation to the statements made or given by the Defendants, whether made or given in custody or prior to detention.

The above requests include any statements made to any federal agency any federal and state joint investigatory or tactical unit and any statement that is in the possession of those agencies.

**Wherefore**, the Defendant prays that this Court grant his motion and order the Government to produce such statements as detailed herein.

Respectfully submitted,

_____
Frank P. Kostouros
Attorney for Vincente Hernandez

Andreou & Casson, Ltd.
332 S. Michigan Avenue
Suite 1144
Chicago, IL 60604
(312)935-5130